UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL NO: 12-291 |
| v. | SECTION: "N" (3) |
| DAVID RAINEY, | |
| Defendant. | |

### DEFENDANT DAVID RAINEY'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT FOR FAILURE TO ALLEGE KNOWLEDGE OF A PENDING CONGRESSIONAL INVESTIGATION
(**Pretrial Motion No. 2**)

Defendant David Rainey, through counsel, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 12(b), to dismiss Count One of the Indictment for failure to allege that Mr. Rainey had knowledge of a pending congressional investigation, as required by 18 U.S.C. § 1505.  For the reasons set forth in Defendant's accompanying Memorandum of Law, Mr. Rainey respectfully requests that his motion be granted.

A proposed Order is attached.

Respectfully submitted,

*/s/ Brian M. Heberlig*
Reid H. Weingarten (*Pro Hac Vice*)
Brian M. Heberlig (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
(202) 429-3000
rweingarten@steptoe.com
bheberlig@steptoe.com

2

        Michael W. Magner (01206)
        JONES WALKER LLP
        201 St. Charles Avenue, 50th Floor
        New Orleans, LA  70170-5100
        (504) 582-8316
        mmagner@joneswalker.com

*Counsel for Defendant David Rainey*

Dated:  March 4, 2013