UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 12-291 |
| DAVID RAINEY | SECTION "N" (3) |

### O R D E R

A status conference was held in this matter on August 11, 2014 in the chambers of the undersigned. Participating were: (1) Leo Tsao, Rohan Virginkar, and Robert Zink for the government; and (2) Reid Weingarten, Mike Magner, and David Rainey for the defendant.

**IT IS ORDERED** that this matter shall proceed as follows:

A. The Task Force has indicated that it intends to seek a Second Superseding Indictment. It shall make every effort to present the matter to the Grand Jury as soon as practicable and to file the Second Superseding Indictment, if any, no later than **September 26, 2014**.

B. **Preliminary Motions:** Motions directed to venue, the Second Superseding Indictment, or the indictment process shall be filed by **October 27, 2014**. Such motions shall be heard with oral argument on **Wednesday, December 3, 2014** at **9:00 a.m.**

C. **Status Conference:** A status conference shall be held on **Thursday, December 4, 2014,** at **9:00 a.m.**

D.  **Trial Date:**  Trial will commence on/or during the week beginning **March 9, 2015** at **8:30 a.m.** before the undersigned sitting with a jury.

E.  **Final Pretrial Conference:**  A final pretrial conference shall be held in chambers before the undersigned on **Monday, February 23, 2015,** at **9:30 a.m.**

F.  **Motions *in Limine*:**  Motions *in limine* shall be filed no later than **February 13, 2015**.

G.  **Scheduling Order:** Counsel shall submit a joint proposed scheduling order containing proposed pretrial deadlines not later than **Friday, August 15, 2014**; and

H.  **Rules and Procedures:**  All policies and procedures set forth in this Court's Order of January 18, 2013 (Rec. Doc. 33), shall continue to apply in this matter.

**IT IS FURTHER ORDERED** that the defendant's motion for issuance of early-return subpoenas *duces tecum* (**Rec. Doc. 136**) is hereby **DENIED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 11th day of August, 2014.

_____
**KURT D. ENGELHARDT**
**United States District Judge**