# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *

    v.     *     Case No. 2:12-cr-00291

DAVID RAINEY     *     Section N

    *

\*     \*     \*

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the July 24, 2013 scheduling order is revised and superseded as follows:

| | |
|---|---|
| Deadline for Government to return any Superseding Indictment | September 26, 2014 |
| Government's Notice of Intent to Offer Expert Testimony & General Topics | October 1, 2014 |
| Deadline for Any Motions by Defendant directed to a Second Superseding Indictment | October 27, 2014 |
| Defendant's Notice of Intent to Offer Expert Testimony & General Topics | October 31, 2014 |
| Government's Responses to Defendant's Motions directed to a Second Superseding Indictment | November 14, 2014 |
| Government's Expert Summaries | November 14, 2014 |
| Defendant's Replies in support of Defendant's Motions directed to a Second Superseding Indictment | November 26, 2014 |
| Oral Argument on Defendant's Motions directed to a Second Superseding Indictment | December 3, 2014, 9:00 a.m. |
| Status Conference | December 4, 2014, 9:00 a.m. |

1

| Defendant's Expert Summary | December 12, 2014 |
|---|---|
| Government's 404(b) Notice | January 5, 2015 |
| Government's Preliminary Witness List | January 5, 2015 |
| Government's Preliminary Exhibit List and Preliminary Exhibits | January 5, 2015 |
| Deadline for any Motions directed to Expert Witness Evidence/Testimony | January 5, 2015 |
| Defendant's Preliminary Exhibit List and Preliminary Exhibits | January 16, 2015 |
| Defendant's Preliminary Witness List | January 16, 2015 |
| Government's *Jencks* Act Material | January 16, 2015 |
| Proposed Voir Dire Questions | January 16, 2015 |
| Proposed Jury Instructions | January 16, 2015 |
| Proposed Verdict Form | January 16, 2015 |
| Responses to Motions directed to Expert Witness Evidence/Testimony | January 23, 2015 |
| Defendant's Rule 26.2 (*Jencks*) Statements | January 26, 2015 |
| Objections to Any Proposed Jury Instructions and to Proposed Verdict Forms | January 30, 2015 |
| Replies to Motions directed to Expert Witness Evidence/Testimony | February 4, 2015 |
| Deadline for Pretrial Motions *in Limine* | February 13, 2015 |
| Government's Case-in-Chief Witness List (modifications permitted only for good cause) | February 13, 2015 |
| Government's Case-in-Chief Exhibit List and Final Exhibits (modifications permitted only for good cause) | February 13, 2015 |
| Oral Argument on Any Motions directed to Expert Witness Evidence/Testimony | February 20, 2015<br><br>*Proposed date; subject to District Court calendar |

| | |
|---|---|
| Defendant's Case-in-Chief Witness List (modifications permitted only for good cause) | February 20, 2015 |
| Defendant's Case-in-Chief Exhibit List and Final Exhibits (modifications permitted only for good cause) | February 20, 2015 |
| Responses to Pretrial Motions *in Limine* | February 23, 2015 |
| Pretrial Conference | February 23, 2015, 9:30 a.m. |
| Submission of Stipulations | February 25, 2015 |
| Exchange of Anticipated Opening Statement Demonstratives | February 25, 2015 |
| Replies regarding Pretrial Motions *in Limine* | February 27, 2015 |
| Exchange of FRE 1006 Summaries | March 4, 2015 |
| Submission of any Objections to Opening Statement Demonstratives | March 4, 2015 |
| Oral Argument on Pretrial Motions *in Limine* | March 4, 2015  *Proposed date; subject to District Court calendar |
| Jury Selection & Trial | March 9, 2015 8:30 a.m.* |

\*\*\*

The Court finds that the ends of justice are served by the entry of this Scheduling Order; finds that the schedule set forth above is in the best interest of the defendant and outweighs the public interest and the defendant's interest in a speedy trial; and finds that the period of delay from the entry of this order to March 9, 2015 is properly excludable under 18 U.S.C. § 3161(h)(8).

The Court finds that pursuant to 18 U.S.C. § 3161(h)(8) that the ends of justice served by the extended deadlines set forth in this Scheduling Order outweigh the best interests of the public and the defendant in a speedy trial because of the complexity of this case, the voluminous

discovery involved, and the nature of the prosecution. These factors, alone and in combination, make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established under 18 U.S.C. § 3161.

New Orleans, Louisiana, this 18th day of August, 2014.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE