UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                            CRIMINAL ACTION

VERSUS                                                              NO. 12-291

DAVID RAINEY                                                        SECTION "N"  (3)

## ORDER AND REASONS

Before the Court is the United States' Motion *in Limine* to Admit Defendant's Proffer Statements (Rec. Doc. 423).  The Defendant filed a response in opposition (Rec. Doc. 433).  **IT IS ORDERED** that the Motion is hereby **GRANTED IN PART** to the extent that the "Proffer Agreement" permits use of the proposed testimony at trial and **REFERRED TO TRIAL IN PART** to the extent that the Government seeks to use the Defendant's proffer as rebuttal evidence in connection with evidence that the defense introduces, arguments that the defenses makes, or testimony that the defense elicits at trial.

New Orleans, Louisiana, this 22nd day of May 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

1