UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-291 |
| DAVID RAINEY | SECTION "N"  (3) |

## ORDER AND REASONS

  Before the Court is the United States' Motion under Federal Rule of Criminal Procedure 12(b)(1) for Ruling as a Matter of Law (Rec. Doc. 424).  The Defendant filed a response in which it agrees with the Government on the issue of whether or not the Court may dismiss Count One pretrial if the Court concludes that, as a matter of law and on the undisputed facts proffered by the Task Force, a conviction could not be had (Rec. Doc. 432).  The Defendant does, however, disagree with the Government to the extent that any such ruling by the Court on the instant motion would potentially preclude Rule 29 relief.

  **IT IS ORDERED** that the Motion is hereby **DENIED**.  In its discretion, the Court declines to rule on the Government's evidence at this time.  Under the circumstances and based on the showing made, to do so would constitute an advisory opinion.  There are numerous issues, including by not limited to expert qualifications and opinions, yet to be resolved that have direct implications on any potential ruling the Court would make.

  New Orleans, Louisiana, this 22nd day of May 2015.

_____<br>
**KURT D. ENGELHARDT**<br>
**United States District Judge**

1