UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-291 |
| DAVID RAINEY | SECTION "N" (3) |

## ORDER AND REASONS

Before the Court is the United States' Motion to Amend Proposed Jury Instructions (Rec. Doc. 422). Defendant Rainey filed a response in opposition (Rec. Doc. 434).

**IT IS ORDERED** that the motion to amend the proposed jury instructions is hereby **DENIED**. The Court previously struck "should have known" language on the grounds that a negligence standard is insufficient to convict the Defendant here. For similar reasons, the Court finds that a "reckless disregard" standard fails as well. The Court will rely on the Fifth Circuit Pattern Jury Instructions as to what constitutes an act performed "corruptly." *See* Fifth Circuit Pattern Jury Instructions (Criminal Cases) §§ 2.65, 2.67 (2012).

New Orleans, Louisiana, this 22nd day of May 2015.

```
                            _____
                                 KURT D. ENGELHARDT
                               United States District Judge
```

1