UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.  12-291 |
| DAVID RAINEY | SECTION "N"  (3) |

# ORDER AND REASONS

Before the Court is the Defendant David Rainey's Motion *in Limine* to Exclude Irrelevant Evidence of Flow Rate Work Not Known by or Communicated to Mr. Rainey (Rec. Doc. 425).  The Government filed a response in opposition (Rec. Doc. 437).  In his motion, Defendant Rainey seeks to exclude certain evidence pertaining to work performed by BP engineers in an effort to model the flow rate of oil being dispersed as a result of the Deepwater Horizon blow-out.  Defendant Rainey argues that the work of these engineers was either not known by Rainey during the time period in question or is irrelevant to the case.  (Rec. Doc. 425-1 at p. 4).  In response, the Government avers that (1) the Defendant knew of and used the work of one the engineers, Simon Bishop, in his memo that was sent to Congress and (2) he was on notice of the work being performed by Tim Lockett and Trevor Hill.  (Rec. Doc. 437 at p. 14).  The Government specifically references its proposed "reckless disregard" standard as grounds for admission of the evidence at issue.  The Court previously denied the Government's proposed amendment to the jury instructions, thereby precluding the "reckless disregard" standard as a basis for the conviction in this case.  (Rec. Doc. 451).

1

On the showing made, **IT IS ORDERED** that the motion is **GRANTED IN PART** to the extent that the Defendant received and/or utilized the work product of Simon Bishop as it relates to the preparation and content of the Rainey Memorandum and **DENIED IN PART** to the extent that Rainey was unaware and/or had no contemporaneous knowledge of the work of Timothy Lockett or Trevor Hill.  This case is not about the Defendant's due diligence, or lack thereof, at the time in question but rather what the Defendant contemporaneously knew in connection with certain representations that he allegedly made to the Congress and law enforcement officials.

New Orleans, Louisiana, this 22nd day of May 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

2