UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-291 |
| DAVID RAINEY | SECTION "N" (3) |

## ORDER AND REASONS

Before the Court is the Defendant David Rainey's Motion *in Limine* to Preclude Improper Lay Opinion Regarding Mr. Rainey's Flow-Rate Estimates (Rec. Doc. 420). The Government filed a response in opposition (Rec. Doc. 435). **IT IS ORDERED** that the Motion is hereby **REFERRED TO TRIAL**.

New Orleans, Louisiana, this 22nd day of May 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

1