# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

DAVID RAINEY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 12-cr-291 "N"

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Signature of Judge_

Kurt D. Engelhardt — U.S. District Judge
Name of Judge — Title of Judge

6/5/2015
Date