UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 12-291 |
| DAVID RAINEY | SECTION "N" (3) |

### O R D E R

Considering the ruling dismissing Count One with prejudice and the Court's evidentiary rulings stated orally during the trial,

**IT IS ORDERED** that the following motions are **DENIED AS MOOT**:

(1)  REC. DOC. 328         (7)  REC. DOC. 483

(2)  REC. DOC. 333         (8)  REC. DOC. 485

(3)  REC. DOC. 337         (9)  REC. DOC. 489

(4)  REC. DOC. 420

(5)  REC. DOC. 423

(6)  REC. DOC. 481

New Orleans, Louisiana, this 9th day of June 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**